# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY HOWARD GATES,<br><br>Plaintiff,<br><br>v.<br><br>RODRIGUEZ, *et al.*,<br><br>Defendants. | Case No.  1:19-cv-01279-NONE-BAM (PC)<br><br>ORDER RESETTING SETTLEMENT CONFERENCE<br><br>**Video** Settlement Conference:<br>Date:  **June 26, 2020**<br>Time:  **9:30 a.m.**<br>Judge: **Jeremy D. Peterson**<br><br>**Telephonic** Pre-Settlement Conference:<br>Date: **June 12, 2020**<br>Time: **2:00 p.m.**<br>Judge: **Jeremy D. Peterson** |

On February 26, 2020 the Court identified this case as an appropriate case for the post-screening ADR (Alternative Dispute Resolution) project, and stayed the action.  (ECF No. 21.) On April 16, 2020, in light of restrictions related to COVID-19, the Court vacated the prior settlement conference and related deadlines and kept the stay in place pending the selection of a new settlement conference date.  (ECF No. 26.)  At this time, the Court finds it appropriate to reschedule the settlement conference in this action.

Accordingly, it is HEREBY ORDERED as follows:

1. The settlement conference is continued to **June 26, 2020, at 9:30 a.m.** and will be held **by videoconference (via Zoom)** before Magistrate Judge Jeremy D. Peterson;

1

2. Counsel for Defendant is required to arrange for Plaintiff's participation in the videoconference by contacting the Litigation Coordinator at the institution where Plaintiff is housed. Counsel shall also contact Courtroom Deputy, Kirstie Dunbar-Kari, at (209) 372-8917 or KDunbar-Kari@caed.uscourts.gov for call-in information.

3. Defendant shall provide a confidential settlement statement to the following email address: jdporders@caed.uscourts.gov. Plaintiff shall mail his confidential settlement statement to U.S. District Court, P.O. Box 575, Yosemite, CA 95389, and mark the envelope "Confidential Settlement Statement". Settlement statements shall arrive no later than **June 19, 2020**. Settlement statements **should neither be filed** on the docket **nor served on any other party**. While brevity is appreciated, each statement must include:

   a. A brief recitation of the facts;
   b. A discussion of the strengths and weaknesses of the case, from your party's perspective, and a description of the major issues in dispute;
   c. An itemized estimate of your expected costs for further discovery, pretrial, and trial matters, expressed in terms of specific dollar amounts and lengths of time;
   d. Your best estimate of the probability that plaintiff will prevail should this case proceed to trial, in percentage terms;
   e. Your best estimate of recovery by plaintiff should this case proceed to trial and plaintiff prevail, in specific dollar terms;
   f. A history of settlement discussions (including a list of any current settlement offers from any party, in specific dollar terms), a candid statement of your party's current position on settlement, including the amount that you would offer/accept to settle (in specific dollar terms), and a statement of your expectations for settlement discussions;
   g. A list of the individuals who will be attending the settlement on your party's behalf, including names and, if appropriate, titles; and
   h. If the parties intend to discuss at the settlement conference the potential resolution of any actions or claims not in this suit, a description of these additional actions or

1 claims, including any case numbers.

2. 4. The pre-settlement telephonic conference is continued to **June 12, 2020, at 2:00 p.m.** (dial-in number: 1-888-204-5984; passcode: 4446176).  Only the *pro se* plaintiff and lead defense counsel should participate.  Counsel for defendant(s) shall arrange for Plaintiff's participation by telephone.  This may require contacting the Litigation Coordinator at the institution where the plaintiff is housed to provide the appropriate dial-in information.

5. All other requirements set forth in the February 26, 2020 order setting settlement conference remain in effect; and

6. The Court will issue a transportation writ for Plaintiff's appearance by video in due course.

IT IS SO ORDERED.

Dated:   **May 26, 2020**          /s/ *Barbara A. McAuliffe*        
                                    UNITED STATES MAGISTRATE JUDGE

3